THEODORE N. LENCZYK *v.* MICHAEL A. GEOR-
GETTI, ADMINISTRATOR D.B.N. (ESTATE OF
THEODORE D. LENCZYK)

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 903 (AC 16903), is denied.

MCDONALD, J., did not participate in the consideration or decision of this petition.

*Theodore N. Lenczyk*, pro se, in support of the petition.

*Michael A. Georgetti*, in opposition.

Decided April 28, 1998

JEROME L. KLEIN ET AL. *v.* JOHN P. TESEI ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 48 Conn. App. 905 (AC 17082), is denied.

CALLAHAN, J., did not participate in the consideration or decision of this petition.

*Mark J. Kovack*, in support of the petition.

*Michael J. Leventhal*, in opposition.

Decided April 28, 1998

LOUISE D. ROBINSON *v.* COMMISSION ON HUMAN
RIGHTS AND OPPORTUNITIES

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 902 (AC 17117), is denied.

*Louise D. Robinson*, pro se, in support of the petition.

Decided April 28, 1998